831 F.2d 303
 RICO Bus.Disp.Guide 6766
 Mercury Refueling Incorporated
v.
Farstar Air Inc., Greenfield (Gaylord), Flight Trails
Inc. d/b/a Air Resorts International, Tamarak Resources
Incorporated, Harmattan Cattle Co., Arenose Resource Corp.,
Columbia Basin Energy Corp., Farstar Corp., Svare (Robert
O.), Morgan (Don), Axford (D.W.), Leuschner (William C.),
Cantrell (William), Greenfield (Peter, Charles, Timothy)
 NOS. 86-6329, 86-6695
 United States Court of Appeals,
Ninth Circuit.
 OCT 14, 1987
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 REVERSED AND REMANDED.